# Court of Appeals
# of the State of Georgia

ATLANTA,   May 10, 2012

*The Court of Appeals hereby passes the following order:*

## A12A1743. ERIC WILLIAM SMITH v. NICOLE SMITH.

Eric William Smith and Nicole Smith were divorced in October 2011. Approximately four months later, Nicole Smith filed a motion for contempt, alleging that Eric Smith had not paid child support and other amounts owed under the divorce decree. The trial court found Eric Smith in contempt, and Smith filed a notice of direct appeal to the Court of Appeals.

The Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (6). In Georgia, child support is a form of alimony. See *Jones v. Jones*, 280 Ga. 712, 715-716 (1) (632 SE2d 121) (2006). Jurisdiction over a contempt action alleging that a party failed to comply with the child support provisions of a divorce decree, therefore, lies in the Supreme Court. See *Spurlock v. Dept. of Human Resources*, 286 Ga. 512, 513 (1) (690 SE2d 378) (2010); *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985). Accordingly, the Supreme Court has jurisdiction over this appeal, which is hereby TRANSFERRED to that Court for disposition.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 05/10/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*